```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA DIAZ,

                Plaintiff,

-against-

CREATIVE ACADEMY OF NEW YORK, LLC,
ANGELA LIM-NGUYEN, JOHN DOES 1-10, and
XYZ CORP. 1-10;

                Defendants.

22-CV-02977 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff filed the Complaint on April 12, 2022, Dkts.1, 6;

    WHEREAS Defendant Creative Academy of New York, LLC ("Creative Academy") waived service of process on June 9, 2022, Dkt. 10;

    WHEREAS Creative Academy's answer deadline was August 8, 2022;

    WHEREAS Plaintiff has not filed proof of service as to Defendant Angela Lim-Nguyen;

    WHEREAS to-date, no Defendant has appeared or answered.

    IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why default judgment should not be entered against Creative Academy, in accordance with this Court's Individual Practices, by no later than **August 26, 2022**.

    IT IS FURTHER ORDERED that by no later than **August 26, 2022**, Plaintiff must show cause for why the Complaint against Angela Lim-Nguyen should not be dismissed for failure to prosecute.

**SO ORDERED.**

Date: **August 12, 2022**
       **New York, New York**

                                                                **VALERIE CAPRONI**
                                                                **United States District Judge**